**Order entered December 20, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00249-CR**

**AARON LEDELL CELESTINE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F-2200005-I**

**ORDER**

We **REINSTATE** this appeal.

We abated for a hearing when appellant's brief was not timely filed. Before the Court is appellant's December 19, 2022 motion for extension of time and his tendered brief. In the interest of expediting this appeal and because the trial court has not held a hearing, we **VACATE** that portion of our December 14, 2022 order requiring a hearing and findings.

We **GRANT** appellant's motion and **ORDER** the brief received on December 19, 2022 filed as of the date of this order. The State's brief is due **THIRTY DAYS** from the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Nancy Kennedy, Presiding Judge, Criminal District Court No. 2; and all parties.

/s/    ERIN A. NOWELL
        JUSTICE